Filing # 49069883 E-Filed 11/18/2016 10:36:12 AM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO: 2016-CA-10091-O

CHRISTOPHER A. SPHAR and HEATHER N. SPHAR,

    Plaintiffs,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

Plaintiffs, CHRISTOPHER A. SPHAR and HEATHER N. SPHAR, sue Defendant, AMICA MUTUAL INSURANCE COMPANY, and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material to this action, Plaintiffs were and are husband and wife residing in Orange County, Florida.

3. At all times material to this action, Defendant, AMICA MUTUAL INSURANCE COMPANY, was and is a foreign corporation, authorized to do and doing business in Orange County, Florida.

4. On or about October 27, 2014, Plaintiff was operating a motor vehicle in the parking lot of 1002 N. Westshore Boulevard (Shell Gas Station), Tampa, Hillsborough County, Florida.

5. At that time and place, Roslyn H. Macias, owned and operated a motor vehicle in the parking lot of 1002 N. Westshore Boulevard (Shell Gas Station), Tampa, Hillsborough County, Florida.

6. At that time and place, Roslyn H. Macias, negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.



EXHIBIT D

7. On or about June 22, 2014, Defendant, AMICA MUTUAL INSURANCE COMPANY, issued a policy of insurance numbered 950609-27JW which was in full force and effect on the date of the accident, which provides uninsured/underinsured motorist coverage for Plaintiff.

8. Under the terms of the insurance policy, Defendant, AMICA MUTUAL INSURANCE COMPANY, provided non-stacking uninsured/underinsured motorist coverage for Plaintiff in the amount of $500,000.00.

9. Defendant, AMICA MUTUAL INSURANCE COMPANY, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

10. At all times material to this action, Roslyn H. Macias was an uninsured motorist in that she did not carry liability insurance coverage on the date of this accident.

11. Plaintiff has furnished Defendant, AMICA MUTUAL INSURANCE COMPANY, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, AMICA MUTUAL INSURANCE COMPANY, has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

12. As a direct and proximate result of Roslyn H. Macias' negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

### CONSORTIUM CLAIM OF HEATHER N. SPHAR

Plaintiff, HEATHER N. SPHAR, realleges and incorporates by reference paragraphs 1 through 12 and further states:

13. As a direct and proximate result of the negligence of Roslyn H. Macias and the resulting injuries to Plaintiff, CHRISTOPHER A. SPHAR, Plaintiff, HEATHER N. SPHAR was caused to suffer an impairment of the services, companionship and consortium of her husband, CHRISTOPHER A. SPHAR and will suffer such loses in the future.

WHEREFORE, Plaintiffs, CHRISOPHER A. SPHAR and HEATHER N. SPHAR, demand judgment for damages against Defendant, AMICA MUTUAL INSURANCE COMPANY, and other such relief deemed proper by the Court. Plaintiffs also demand a jury trial on all issues so triable.

RESPECTFULLY submitted this 18th day of November, 2016.

/S/ MARK R. AHRENS
MARK R. AHRENS, ESQUIRE
Bar No: 43137
Todd K. Miner, P.A.
915 Outer Road, Ste. 100
Orlando, FL  32814
Telephone:    (407) 894-1480
Facsimile:     (407) 894-1483
Attorneys for Plaintiff
PRIMARY E-MAIL ADDRESS:
efiling@toddminerlaw.com