**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER A. SPHAR and
HEATHER N. SPHAR,

        Plaintiffs,

v.                                         Case No:  6:16-cv-2221-Orl-40TBS

AMICA MUTUAL INSURANCE
COMPANY,

        Defendant.
_____/

**ORDER**

This cause is before the court following review of the Joint Stipulation for Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 35). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 19, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties